**Briefs Stricken and Order filed November 19, 2020**



In The

# Fourteenth Court of Appeals

_____

NO. 14-18-01082-CR
_____

**TAMMI BLEIMEYER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 178th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1458861**

## ORDER

Appellant's brief and the State's brief each contains sensitive data in that each discloses the names of multiple people (the complainant and witnesses) who were minors at the time the offense was committed. Tex. R. App. P. 9.10(a)(3). Sensitive data must be redacted from any filing. Tex. R. App. P. 9.10(b). Because the sensitive data is not redacted, the briefs are **STRICKEN**. Appellant and the State are ordered to file briefs that comply with Tex. R. App. P. 9.10 by **November 30, 2020.**

PER CURIAM

Panel consists of Justices Christopher, Wise, and Zimmerer.